**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| ARIE ROSS,<br><br>    Plaintiff,<br>vs.<br><br>CTI COLLECTION SERVICES, INC.,<br><br>    Defendant. | Case No.: **2:09-cv-02961-LKK-GGH**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   March 26, 2010

_(signature)_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com